No. 6455.

## HALL'S SAFE AND LOCK COMPANY v. RIGBY.

BILL OF EXCEPTIONS.—*Time.*—Where sixty days from April 20th were allowed for the filing of a bill of exceptions, the filing of such bill on June 20th, following, was too late.

From the Clay Circuit Court.

*W. P. Blair,* for appellant.

*S. W. Curtis* and *E. S. Holliday,* for appellee.

WOODS, J.—It is claimed that the finding and judgment of the circuit court in this case are contrary to the evidence. The evidence, however, is not in the record, and we can not consider the question. The judgment was entered on the 20th day of April, 1877, and sixty days from that time were allowed the appellant for filing his bill of exceptions; but the bill, which is copied into the transcript, was not filed until June 20th, 1877, one day too late.

Judgment affirmed, with costs.